IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOHN KUBICKI & KAREN KUBICKI ON BEHALF OF CAROLINE KUBICKI, | ) ) ) ) | Case No. 1:12-cv-00734-KBJ |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | Removed from the Superior Court of the District of Columbia, Civil Div. 2012 CA 002847 B |
| MEDTRONIC INC., ET AL., | ) ) | |
| *Defendants*. | ) | |

**SUPPLEMENTAL DISCLOSURE STATEMENT BY MEDTRONIC, INC., MEDTRONIC MINIMED, INC. AND MEDTRONIC DIABETES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Medtronic, Inc., Medtronic MiniMed, Inc., and Medtronic Diabetes state the following:

1. Medtronic plc is a publicly traded corporation; and

2. Medtronic plc indirectly wholly owns and is the ultimate parent of Medtronic, Inc., and no other publicly traded corporation owns 10% or more of its stock.

By Counsel
By:   /s/  Michael K. Brown
     Michael K. Brown (Admitted *Pro Hac Vice*)
     Lisa M. Baird (Admitted *Pro Hac Vice*)
     Mildred Segura (Admitted *Pro Hac Vice*)
     REED SMITH LLP
     355 S. Grand Ave. Suite 2900
     Los Angeles, CA 90071
     (213) 457-8000

     Eric L. Alexander, Esq.
     D.C. Bar #:  457491
     REED SMITH LLP
     1301 K Street, N.W.

Suite 1100 -- East Tower
Washington, D.C. 20005
(202) 414-9200

*Attorney for Defendants*
*Medtronic, Inc., Medtronic Diabetes*
*and Medtronic MiniMed, Inc.*

Dated:  March 2, 2015

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of March 2015, I served via the electronic court system, a copy of the foregoing Supplemental Disclosure Statement By Medtronic, Inc., Medtronic MiniMed, Inc. And Medtronic Diabetes Pursuant To Federal Rule Of Civil Procedure 7.1 upon:

>Michelle A. Parfitt
>Ashcraft and Gerel, LLP
>4900 Seminary Rd., Suite 650
>Alexandria, VA  22311
>
>Adam R. Leighton
>Cohen & Cohen, P.C.
>1220 19th Street, N.W.
>Washington, DC  20036
>*Counsel for Plaintiffs John Kubicki & Karen Kubicki On Behalf Of Caroline Kubicki*
>
>Z. Ileana Martinez
>Leslie J. Suson
>THOMPSON HINE LLP
>Two Alliance Center
>3560 Lenox Road NE, Suite 1600
>Atlanta, GA 30326
>
>Paul J. Maloney
>Kelly M. Lippincott
>CARR MALONEY P.C.
>2000 L Street, NW, Suite 450
>Washington, DC 20036
>*Attorneys for Defendants Unomedical Devices SA de CV and Unomedical A/S*

                                                /s/  Michael K. Brown
                                                    Michael K. Brown