IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN KUBICKI & KAREN KUBICKI ON BEHALF OF CAROLINE KUBICKI<br><br>Plaintiffs,<br><br>v.<br><br>MEDTRONIC, INC.; MEDTRONIC DIABETES; MEDTRONIC MINIMED, INC.; UNOMEDICAL DEVICES SA de CV; UNOMEDICAL A/S; and FLEXTRONICS INTERNATIONAL USA, INC.,<br><br>Defendant. | Case No. 1:12-cv-00734-KBJ |

**DISCLOSURE STATEMENT BY UNOMEDICAL A/S
AND UNOMEDICAL DEVICES S.A. de C.V.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants Unomedical A/S and Unomedical Devices S.A. de C.V. ("Unomedical Defendants") state the following:

1. The Unomedical Defendants are not publicly traded corporations.

2. The Unomedical Defendants do not indirectly wholly own, nor are they the ultimate parents of any corporation.

3. No other publicly traded corporation owns 10% or more of the Unomedical Defendants' stock.

Respectfully submitted, this 16th day of March, 2015.

[Signatures on following page].

1

By: *Counsel for Defendants Unomedical Devices S.A. de C.V. and Unomedical A/S*

/s/ Z. Ileana Martinez
Z. Ileana Martinez
Georgia Bar No. 474660 (admitted *Pro Hac Vice*)
Leslie J. Suson
Georgia Bar No. 142162 (admitted *Pro Hac Vice*)
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, Suite 1600
Atlanta, Georgia 30326
(404) 541-2900 (phone); (404) 541-2905 (fax)
ileana.martinez@thompsonhine.com
leslie.suson@thompsonhine.com

Paul J. Maloney (D.C. Bar No. 362533)
Kelly M. Lippincott (D.C. Bar No. 484610)
CARR MALONEY P.C.
2000 L Street, N.W., Suite 450
Washington, D.C.  20036
202-310-5500 (Main); 202-310-5555 (Fax)
pjm@carrmaloney.com
kml@carrmaloney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of March 2015, I served via the electronic court system, a copy of the foregoing Supplemental Disclosure Statement By Unomedical A/S and Unomedical Devices S.A. de C.V. pursuant To Federal Rule Of Civil Procedure 7.1 upon:

Michelle A. Parfitt
Ashcraft and Gerel, LLP
4900 Seminary Rd., Suite 650
Alexandria, VA 22311

Adam R. Leighton
Cohen & Cohen, P.C.
1220 19th Street, N.W.
Washington, DC 20036
*Attorneys for Plaintiffs John Kubicki & Karen Kubicki On Behalf Of Caroline Kubicki*

Michael K. Brown
Lisa M. Baird
Mildred Segura
REED SMITH LLP
355 S. Grand Ave. Suite 2900
Los Angeles, CA 90071

Eric L. Alexander, Esq.
REED SMITH LLP
1301 K Street, N.W.
Suite 1100 -- East Tower
Washington, D.C. 20005
*Attorneys for Defendants Medtronic, Inc., Medtronic Diabetes and Medtronic MiniMed, Inc.*

Paul J. Maloney
Kelly M. Lippincott
CARR MALONEY P.C.
2000 L Street, NW, Suite 450
Washington, DC 20036
*Attorneys for Defendants Unomedical Devices SA de CV and Unomedical A/S*