IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JOHN KUBICKI & KARIN KUBICKI** on behalf of **CAROLINE KUBICKI**<br><br>**Plaintiffs,**<br><br>v.<br><br>**MEDTRONIC, INC., et al.,**<br><br>**Defendants.** | Case No. 1:12-cv-00734-KBJ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action, by and through undersigned counsel, hereby stipulate and agree that the above-captioned action, together with all claims and causes of action that were or that could have been asserted therein by any party, is dismissed with prejudice. Each party will bear its own costs and attorneys' fees.

This 3rd day of September 2019.

| | |
|---|---|
| */s/ Michelle A. Parfitt (w/ express permission)*<br>Michelle A. Parfitt, Esq.<br>Bar No. #358592<br>ASHCRAFT & GEREL, LLP<br>1825 K Street, NW, #700<br>Washington, D.C., 20006<br>Telephone: (202) 729-9833<br>MParfitt@ashcraftlaw.com<br>*Counsel for Plaintiffs* | */s/ Lori G. Cohen*<br>Lori G. Cohen, Esq.<br>Georgia Bar No. 174455<br>(Admitted *Pro Hac Vice*)<br>GREENBERG TRAURIG, LLP<br>Terminus 200<br>3333 Piedmont Road, N.E.<br>Suite 2500<br>Atlanta, GA 30305<br>Telephone: (678) 553-2100<br>cohenl@gtlaw.com<br>*Counsel for Defendants* |

## **CERTIFICATE OF SERVICE**

I, Lori G. Cohen, certify is to certify that I have this day served a copy of the within and foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** via electronic mail to all counsel of record as follows:

Michelle A. Parfitt, Esq.
Palmer Foret, Esq.
Drew LaFramboise, Esq.
Joseph Musso, Esq.
ASHCRAFT & GEREL, LLP
1825 K Street, NW, #700
Washington, D.C., 20006
MParfitt@ashcraftlaw.com
LPForet@ashcraftlaw.com
DLaFramboise@ashcraftlaw.com
JMusso@ashcraftlaw.com

This 3rd of September 2019.

/s/ Lori G. Cohen
Lori G. Cohen, Esq.
Georgia Bar No. 174455
(Admitted *Pro Hac Vice*)

*Counsel for Defendants Medtronic, Inc., Medtronic MiniMed, Inc., and Medtronic Diabetes.*